UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JUAN BAYOLO, M.D.,**

    **Plaintiff,**

v.   Case No. 5:19-cv-00403-TKW-MJF

**CENTURION MANAGED CARE OF FLORIDA, LLC d/b/a CENTURION, LLC,**

    **Defendant.**
_____/

### DEFENDANT'S RULE 26(a)(1)(A) DISCLOSURES

Defendant Centurion, LLC d/b/a Centurion Managed Care of Florida, LLC ("Centurion")[1], by and through its undersigned counsel, hereby serves its disclosures pursuant to Rule 26(a)(1).  Centurion reserves the right to modify or supplement these disclosures as discovery progresses.

**26(a)(1)(A)(i) – Individuals Likely to Have Discoverable Information That Defendant May Use to Support its Defenses:**

    1.    Juan Bayolo
            c/o Marie A. Mattox
            MARIE A. MATTOX, P.A.
            203 North Gadsden Street

---

[1] When Centurion, LLC attempted to register to do business in Florida, it was forced to register under a different name because of a naming conflict, and it chose Centurion Managed Care of Florida, LLC. Accordingly, Centurion, LLC does business as Centurion Managed Care of Florida, LLC in Florida.  Plaintiff states this relationship backwards in the caption.  Moreover, as set forth in Defendant's Motion to Dismiss Or, In the Alternative, for a More Definite Statement, Plaintiff has named the wrong entity and his actual employer was MHM Health Professionals, LLC f/k/a MHM Health Professionals, Inc.

      Tallahassee, Florida 32301
      (850) 641-8988
      Has knowledge regarding Plaintiff's employment and termination.

2.   Sarah Brus
      c/o Catherine H. Molloy
      GREENBERG TRAURIG, P.A.
      101 E. Kennedy Blvd., Suite 1900
      Tampa, FL 33602
      (813) 318-5700
      Has knowledge regarding Plaintiff's employment and termination.

3.   Dr. John Lay
      c/o Catherine H. Molloy
      GREENBERG TRAURIG, P.A.
      101 E. Kennedy Blvd., Suite 1900
      Tampa, FL 33602
      (813) 318-5700
      Has knowledge regarding Plaintiff's employment and termination.

4.   Kathleen Douin
      c/o Catherine H. Molloy
      GREENBERG TRAURIG, P.A.
      101 E. Kennedy Blvd., Suite 1900
      Tampa, FL 33602
      (813) 318-5700
      Has knowledge regarding Plaintiff's employment and termination.

5.   Dante McKinnie
      c/o Catherine H. Molloy
      GREENBERG TRAURIG, P.A.
      101E. Kennedy Blvd., Suite 1900
      Tampa, FL 33602
      (813) 318-5700
      Has knowledge of facts relating to Plaintiff's employment and termination.

6. Victoria Love
 c/o Catherine H. Molloy
 GREENBERG TRAURIG, P.A.
 101 E. Kennedy Blvd., Suite 1900
 Tampa, FL 33602
 (813) 318-5700
 Has knowledge regarding Plaintiff's employment and termination.

7. Donna Kent
 c/o Catherine H. Molloy
 GREENBERG TRAURIG, P.A.
 101 E. Kennedy Blvd., Suite 1900
 Tampa, FL 33602
 (813) 318-5700
 Has knowledge of facts relating to Plaintiff's employment and termination.

8. Deborah Richards
 c/o Catherine H. Molloy
 GREENBERG TRAURIG, P.A.
 101 E. Kennedy Blvd., Suite 1900
 Tampa, FL 33602
 (813) 318-5700
 Has knowledge regarding Plaintiff's employment and termination.

9. Maryann Vandermark
 c/o Catherine H. Molloy
 GREENBERG TRAURIG, P.A.
 101 E. Kennedy Blvd., Suite 1900
 Tampa, FL 33602
 (813) 318-5700
 Has knowledge of facts relating to Plaintiff's employment and termination.

10. Tara Johnson

    [REDACTED]

    Has knowledge regarding Plaintiff's employment and termination.

11. Virginia Harrell

    [REDACTED]

    Has knowledge of facts relating to Plaintiff's employment and termination.

12. Kandi A. White

    [REDACTED]

    Has knowledge regarding Plaintiff's employment and termination.

13. Priscilla Shivers

    [REDACTED]

    Has knowledge of facts relating to Plaintiff's employment and termination.

14. All individuals identified by Plaintiff's Rule 26(A)(1)(A) disclosure.

**26(a)(1)(A)(ii) – Documents, Data Compilations, and Tangible Things in the Possession, Custody, or Control of Defendant That It May Use to Support its Defenses:**

1. Plaintiff's employment file;

2. Defendant's Employee Handbook & Code of Business Conduct;

3. Relevant policies and procedures of the Florida Department of Corrections; and

4. All documents produced in discovery.

**26(a)(1)(A)(iii) – Computation of Categories of Damages:**

Defendant reserves the right to seek its attorneys' fees and costs attendant to the defense of this case under any available statutory provisions. The amount of fees that may be claimed is currently unknown.

**26(a)(1)(A)(iv) – Insurance Disclosure:**

Defendant will make available for inspection and copying any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated:  November 1, 2019

        Respectfully submitted,

        /s/Catherine H. Molloy
        Richard C. McCrea, Jr.
        Florida Bar No. 351539
        Email: mccrear@gtlaw.com
        Catherine H. Molloy
        Florida Bar No. 33500
        Email: molloyk@gtlaw.com
        Cayla M. Page
        Florida Bar No. 1003487
        Email: pagec@gtlaw.com
        GREENBERG TRAURIG, P.A.
        101 E. Kennedy Boulevard
        Suite 1900
        Tampa, Florida 33602
        (813) 318-5700 – Telephone
        (813) 318-5900 – Facsimile
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 1, 2019 the foregoing document was sent electronically to:

Marie Mattox
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
marie@mattoxlaw.com
michelle2@mattoxlaw.com
marlene@mattoxlaw.com

                                                    /s/Catherine H. Molloy
                                                        Attorney