UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUAN BAYOLO, M.D.,

    Plaintiff,

v.                            Case No. 5:19-cv-00403-TKW-MJF

MHM HEALTH PROFESSIONALS,
LLC f/k/a MHM HEALTH
PROFESSIONALS, INC.,

    Defendant.
_____/

## DECLARATION OF LISA LYNCH

I, Lisa Lynch, declare as follows:

1. I, Lisa Lynch, am of majority age, am competent to testify, and provide this Declaration based on my personal knowledge and my review of business records maintained by MHM Health Professionals, LLC ("MHMHP"), in the ordinary course of business.

2. In 2016, the Florida Department of Corrections ("FDOC") awarded a contract to Centurion of Florida, LLC ("Centurion of Florida"), to provide medical care for over 80,000 inmates in forty correctional facilities throughout the State of Florida (the "Contract"). Centurion of Florida subcontracts with MHMHP to provide healthcare staff pursuant to the Contract.

3. I am employed by MHMHP, which was the employer of Plaintiff Juan Bayolo ("Dr. Bayolo").

4. I have been employed by MHMHP since December 1, 2014. As of May 15, 2016, my position was Senior Human Resources Business Partner for MHMHP's Florida program. On June 25, 2017, my title became and remains Florida Human Resources Manager.

5. I am responsible for overseeing the Human Resources Department in Florida, which serves employees at approximately seventy-plus locations throughout the State of Florida.

6. As the Florida Human Resources Manager, I have access to records for all of MHMHP's employees in Florida, including payroll records, disciplinary records, and other records which may be maintained with regard to an employee's employment with MHMHP.

7. On March 29, 2016, MHMHP offered Dr. Bayolo employment as the Medical Director, Chief Health Officer at Northwest Florida Reception Center ("NWFRC"), in which he remained until his termination in October of 2017.[1]

8. Dr. Bayolo's offer letter states that he would "receive an hourly rate of $100.00 paid on a bi-weekly basis, less appropriate deductions and withholdings."

---

[1] NWFRC is a correctional facility maintained by the Department of Corrections and is a facility to which MHMHP provides healthcare staff pursuant to the Contract.

2

ACTIVE 53130476v1

9. Based on my review of Dr. Bayolo's pay roll records, Dr. Bayolo's regular rate of pay remained consistent from his hire in May of 2016 until his termination in October of 2017 – a rate of $100 an hour.

10. From the pay period beginning on May 28, 2016 to the pay period beginning December 24, 2016, Dr. Bayolo worked approximately 1,316.25 hours, including CEU Hours, Oncall, Paid Days Off, Holidays, Travel and Regular Time, which is approximately 82.3 hours per pay period.

11. From the pay period beginning on January 7, 2017 to the pay period beginning on October 14, 2017, Dr. Bayolo worked approximately 1,731.75 hours, including CEU Hours, Oncall, Paid Days Off, Holidays, Travel and Regular Time, which is approximately 82.5 hours per pay period.

12. Accordingly, based on my review, Dr. Bayolo was not demoted and his hours and pay were not reduced as a result of his Final Warning issued on January 3, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2020, in Tallahassee, Florida.

*Lisa Lynch*
Lisa Lynch