UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUAN BAYOLO, M.D.,

    Plaintiff,

v.                            Case No. 5:19-cv-00403-TKW-MJF

MHM HEALTH PROFESSIONALS,
LLC f/k/a MHM HEALTH
PROFESSIONALS, INC.,

    Defendant.
_____/

## DECLARATION OF VICTORIA LOVE

1.     I, Victoria Love, am of majority age, am competent to testify, and provide this Declaration based on my personal knowledge and my review of business records maintained by MHM Health Professionals, LLC ("MHMHP"),[1] in the ordinary course of business.

2.     I am employed by MHMHP. I have been employed with MHMHP for fourteen years. Since February of 2016, my title has been Regional Vice President for the State of Florida. Prior to February of 2016, I was the Vice President of Operational Development and worked in several states.

---

[1] MHMHP was converted from a corporation to a limited liability company effective December 31, 2018.

ACTIVE 53133498v1

3.     I am responsible for ensuring that MHMHP is meeting its contractual obligations with the Florida Department of Corrections. In that capacity, I oversee the delivery of healthcare at some seventy-plus locations throughout the State of Florida.

4.     I also am operationally responsible for the provision of healthcare services for MHMHP. I work closely with the Vice President of Operations, Regional Directors and the Human Resources Department who directly engage with employees at facilities throughout Florida. For the period from April 2016 through October 2019, I also participated in, review, and approve employee disciplinary action when termination is suggested.

5.     For the period from April 2016 through October 2019, the termination process typically began at the facility level for facility employees. The facility then submitted the termination paperwork, and all relevant and supporting documentation, to the Regional Director. If the Regional Director approved the termination, it was then submitted to Human Resources for review. If Human Resources approved, the termination was then submitted to me for final approval.

6.     In certain limited instances, regional management or facility management could have suspended an employee while an investigation was pending. This was usually in instances where, because of the severity of the

alleged employee misconduct, MHMHP or its client did not believe that the employee should be at the facility, but management had not completed an investigation into the misconduct or had not yet obtained all of the necessary termination approvals required by MHMHP.

7. With respect to Dr. Juan Bayolo's termination, I was the final decisionmaker. I approved his termination on October 19, 2017. Based on my review of documents, the termination notice was ultimately delivered to Dr. Bayolo on October 20, 2017.

8. My decision to terminate Dr. Bayolo was based on his violation of the Workplace Violence Prevention Policy following earlier similar incidents.

9. My decision to terminate Dr. Bayolo was not based on his gender.

10. My decision to terminate Dr. Bayolo was not based on his national origin.

11. My decision to terminate Dr. Bayolo was not in retaliation for, nor based on, any complaints that Dr. Bayolo made to Management or to Human Resources.

12. My decision to terminate Dr. Bayolo was not in retaliation for, nor based on, any alleged "whistleblowing" as Dr. Bayolo claims.

ACTIVE 53133498v1

13. My decision to terminate Dr. Bayolo was not based on his alleged disability. In fact, I was not aware that he had any disability.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 13th day of October, 2020.

_____
Victoria Love